AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | |
|---|---|
| H.A.H., D.B.R., R.L.H., P.D., B.A.K., S.M.S., A.Z., A.T.C., Z.C.S., M.J., H.C.R., W.A., B.P., and T.D.P.,<br><br>*Plaintiff(s)*<br><br>v.<br><br>Oregon Youth Authority, Marcia Adams, Bill Thomas, William Carey, Richard Hill, Karen Brazeau, Robert Jester, Bobby Mink, Colette Peters, Fariborz Pakseresht, Joseph O'leary, Gary Lawhead, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 3:25-cv-02266 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Oregon Youth Authority
c/o James S. Smith
Nathaniel Aggrey
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
james.s.smith@doh.oregon.gov | Nathaniel.Aggrey@doj.oregon.gov

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jesse Merrithew
Norah Van Dusen
Sara Long
Levi Merrithew Horst, PC
610 SW Alder Street, Suite 415
Portland, OR 97205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                _____
                                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | |
|---|---|
| H.A.H., D.B.R., R.L.H., P.D., B.A.K., S.M.S., A.Z., A.T.C., Z.C.S., M.J., H.C.R., W.A., B.P., and T.D.P., <br><br> *Plaintiff(s)* <br><br> v. <br><br> Oregon Youth Authority, Marcia Adams, Bill Thomas, William Carey, Richard Hill, Karen Brazeau, Robert Jester, Bobby Mink, Colette Peters, Fariborz Pakseresht, Joseph O'leary, Gary Lawhead, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No. 3:25-cv-02266 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Marcia Adams
c/o James S. Smith
Nathaniel Aggrey
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
james.s.smith@doh.oregon.gov | Nathaniel.Aggrey@doj.oregon.gov

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jesse Merrithew
Norah Van Dusen
Sara Long
Levi Merrithew Horst, PC
610 SW Alder Street, Suite 415
Portland, OR 97205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____       _____
                                                                             *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

District of Oregon

| | |
|---|---|
| H.A.H., D.B.R., R.L.H., P.D., B.A.K., S.M.S., A.Z., A.T.C., Z.C.S., M.J., H.C.R., W.A., B.P., and T.D.P., <br><br><br><br> *Plaintiff(s)* <br> v. <br> Oregon Youth Authority, Marcia Adams, Bill Thomas, William Carey, Richard Hill, Karen Brazeau, Robert Jester, Bobby Mink, Colette Peters, Fariborz Pakseresht, Joseph O'leary, Gary Lawhead, et al. <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    Civil Action No. 3:25-cv-02266 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Bill Thomas
c/o James S. Smith
Nathaniel Aggrey
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
james.s.smith@doh.oregon.gov | Nathaniel.Aggrey@doj.oregon.gov

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jesse Merrithew
Norah Van Dusen
Sara Long
Levi Merrithew Horst, PC
610 SW Alder Street, Suite 415
Portland, OR 97205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

District of Oregon

| | |
|---|---|
| H.A.H., D.B.R., R.L.H., P.D., B.A.K., S.M.S., A.Z., A.T.C., Z.C.S., M.J., H.C.R., W.A., B.P., and T.D.P., <br><br> *Plaintiff(s)* <br><br> v. <br><br> Oregon Youth Authority, Marcia Adams, Bill Thomas, William Carey, Richard Hill, Karen Brazeau, Robert Jester, Bobby Mink, Colette Peters, Fariborz Pakseresht, Joseph O'leary, Gary Lawhead, et al. <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 3:25-cv-02266 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  William Carey
c/o James S. Smith
Nathaniel Aggrey
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
james.s.smith@doh.oregon.gov | Nathaniel.Aggrey@doj.oregon.gov

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jesse Merrithew
Norah Van Dusen
Sara Long
Levi Merrithew Horst, PC
610 SW Alder Street, Suite 415
Portland, OR 97205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
                                                                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | |
|---|---|
| H.A.H., D.B.R., R.L.H., P.D., B.A.K., S.M.S., A.Z., A.T.C., Z.C.S., M.J., H.C.R., W.A., B.P., and T.D.P., <br><br> *Plaintiff(s)* <br><br> v. <br><br> Oregon Youth Authority, Marcia Adams, Bill Thomas, William Carey, Richard Hill, Karen Brazeau, Robert Jester, Bobby Mink, Colette Peters, Fariborz Pakseresht, Joseph O'leary, Gary Lawhead, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 3:25-cv-02266 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Richard Hill
c/o James S. Smith
Nathaniel Aggrey
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
james.s.smith@doh.oregon.gov | Nathaniel.Aggrey@doj.oregon.gov

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jesse Merrithew
Norah Van Dusen
Sara Long
Levi Merrithew Horst, PC
610 SW Alder Street, Suite 415
Portland, OR 97205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

District of Oregon

| | |
|---|---|
| H.A.H., D.B.R., R.L.H., P.D., B.A.K., S.M.S., A.Z., A.T.C., Z.C.S., M.J., H.C.R., W.A., B.P., and T.D.P., <br><br> *Plaintiff(s)* <br><br> v. <br><br> Oregon Youth Authority, Marcia Adams, Bill Thomas, William Carey, Richard Hill, Karen Brazeau, Robert Jester, Bobby Mink, Colette Peters, Fariborz Pakseresht, Joseph O'leary, Gary Lawhead, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )     Civil Action No. 3:25-cv-02266 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Karen Brazeau
c/o James S. Smith
Nathaniel Aggrey
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
james.s.smith@doh.oregon.gov | Nathaniel.Aggrey@doj.oregon.gov

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jesse Merrithew
Norah Van Dusen
Sara Long
Levi Merrithew Horst, PC
610 SW Alder Street, Suite 415
Portland, OR 97205

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


                                              *CLERK OF COURT*


Date: _____          _____
                                                 *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

District of Oregon

| | |
|---|---|
| H.A.H., D.B.R., R.L.H., P.D., B.A.K., S.M.S., A.Z., A.T.C., Z.C.S., M.J., H.C.R., W.A., B.P., and T.D.P., <br><br> *Plaintiff(s)* <br><br> v. <br><br> Oregon Youth Authority, Marcia Adams, Bill Thomas, William Carey, Richard Hill, Karen Brazeau, Robert Jester, Bobby Mink, Colette Peters, Fariborz Pakseresht, Joseph O'leary, Gary Lawhead, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 3:25-cv-02266 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Robert Jester
c/o James S. Smith
Nathaniel Aggrey
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
james.s.smith@doh.oregon.gov | Nathaniel.Aggrey@doj.oregon.gov

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jesse Merrithew
Norah Van Dusen
Sara Long
Levi Merrithew Horst, PC
610 SW Alder Street, Suite 415
Portland, OR 97205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

District of Oregon

| | |
|---|---|
| H.A.H., D.B.R., R.L.H., P.D., B.A.K., S.M.S., A.Z., A.T.C., Z.C.S., M.J., H.C.R., W.A., B.P., and T.D.P., <br><br> *Plaintiff(s)* <br><br> v. <br><br> Oregon Youth Authority, Marcia Adams, Bill Thomas, William Carey, Richard Hill, Karen Brazeau, Robert Jester, Bobby Mink, Colette Peters, Fariborz Pakseresht, Joseph O'leary, Gary Lawhead, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 3:25-cv-02266 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Bobby Mink
c/o James S. Smith
Nathaniel Aggrey
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
james.s.smith@doh.oregon.gov | Nathaniel.Aggrey@doj.oregon.gov

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jesse Merrithew
Norah Van Dusen
Sara Long
Levi Merrithew Horst, PC
610 SW Alder Street, Suite 415
Portland, OR 97205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | |
|---|---|
| H.A.H., D.B.R., R.L.H., P.D., B.A.K., S.M.S., A.Z., A.T.C., Z.C.S., M.J., H.C.R., W.A., B.P., and T.D.P., <br><br> *Plaintiff(s)* <br><br> v. <br><br> Oregon Youth Authority, Marcia Adams, Bill Thomas, William Carey, Richard Hill, Karen Brazeau, Robert Jester, Bobby Mink, Colette Peters, Fariborz Pakseresht, Joseph O'leary, Gary Lawhead, et al. <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> Civil Action No. 3:25-cv-02266 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Colette Peters
c/o James S. Smith
Nathaniel Aggrey
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
james.s.smith@doh.oregon.gov | Nathaniel.Aggrey@doj.oregon.gov

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jesse Merrithew
Norah Van Dusen
Sara Long
Levi Merrithew Horst, PC
610 SW Alder Street, Suite 415
Portland, OR 97205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
                                                                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

District of Oregon

| | |
|---|---|
| H.A.H., D.B.R., R.L.H., P.D., B.A.K., S.M.S., A.Z., A.T.C., Z.C.S., M.J., H.C.R., W.A., B.P., and T.D.P., <br><br> *Plaintiff(s)* <br> v. <br> Oregon Youth Authority, Marcia Adams, Bill Thomas, William Carey, Richard Hill, Karen Brazeau, Robert Jester, Bobby Mink, Colette Peters, Fariborz Pakseresht, Joseph O'leary, Gary Lawhead, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:25-cv-02266 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Fariborz Pakseresht
c/o James S. Smith
Nathaniel Aggrey
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
james.s.smith@doh.oregon.gov | Nathaniel.Aggrey@doj.oregon.gov

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jesse Merrithew
Norah Van Dusen
Sara Long
Levi Merrithew Horst, PC
610 SW Alder Street, Suite 415
Portland, OR 97205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
                                                                                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

District of Oregon

H.A.H., D.B.R., R.L.H., P.D., B.A.K., S.M.S., A.Z., A.T.C., Z.C.S., M.J., H.C.R., W.A., B.P., and T.D.P.,

*Plaintiff(s)*

v.

Oregon Youth Authority, Marcia Adams, Bill Thomas, William Carey, Richard Hill, Karen Brazeau, Robert Jester, Bobby Mink, Colette Peters, Fariborz Pakseresht, Joseph O'leary, Gary Lawhead, et al.

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 3:25-cv-02266

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Joseph O'Leary
c/o James S. Smith
Nathaniel Aggrey
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
james.s.smith@doh.oregon.gov | Nathaniel.Aggrey@doj.oregon.gov

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jesse Merrithew
Norah Van Dusen
Sara Long
Levi Merrithew Horst, PC
610 SW Alder Street, Suite 415
Portland, OR 97205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | |
|---|---|
| H.A.H., D.B.R., R.L.H., P.D., B.A.K., S.M.S., A.Z., A.T.C., Z.C.S., M.J., H.C.R., W.A., B.P., and T.D.P., <br><br> *Plaintiff(s)* <br> v. <br> Oregon Youth Authority, Marcia Adams, Bill Thomas, William Carey, Richard Hill, Karen Brazeau, Robert Jester, Bobby Mink, Colette Peters, Fariborz Pakseresht, Joseph O'leary, Gary Lawhead, et al. <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> Civil Action No. 3:25-cv-02266 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Gary Lawhead
c/o James S. Smith
Nathaniel Aggrey
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
james.s.smith@doh.oregon.gov | Nathaniel.Aggrey@doj.oregon.gov

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jesse Merrithew
Norah Van Dusen
Sara Long
Levi Merrithew Horst, PC
610 SW Alder Street, Suite 415
Portland, OR 97205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

District of Oregon

| | |
|---|---|
| H.A.H., D.B.R., R.L.H., P.D., B.A.K., S.M.S., A.Z., A.T.C., Z.C.S., M.J., H.C.R., W.A., B.P., and T.D.P., <br><br> *Plaintiff(s)* <br><br>v.<br><br>Oregon Youth Authority, Marcia Adams, Bill Thomas, William Carey, Richard Hill, Karen Brazeau, Robert Jester, Bobby Mink, Colette Peters, Fariborz Pakseresht, Joseph O'leary, Gary Lawhead, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 3:25-cv-02266 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Mike Conzoner
c/o James S. Smith
Nathaniel Aggrey
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
james.s.smith@doh.oregon.gov | Nathaniel.Aggrey@doj.oregon.gov

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jesse Merrithew
Norah Van Dusen
Sara Long
Levi Merrithew Horst, PC
610 SW Alder Street, Suite 415
Portland, OR 97205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

District of Oregon

| | |
|---|---|
| H.A.H., D.B.R., R.L.H., P.D., B.A.K., S.M.S., A.Z., A.T.C., Z.C.S., M.J., H.C.R., W.A., B.P., and T.D.P., <br><br> *Plaintiff(s)* <br><br> v. <br><br> Oregon Youth Authority, Marcia Adams, Bill Thomas, William Carey, Richard Hill, Karen Brazeau, Robert Jester, Bobby Mink, Colette Peters, Fariborz Pakseresht, Joseph O'leary, Gary Lawhead, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 3:25-cv-02266 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Darin Humphreys
c/o James S. Smith
Nathaniel Aggrey
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
james.s.smith@doh.oregon.gov | Nathaniel.Aggrey@doj.oregon.gov

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jesse Merrithew
Norah Van Dusen
Sara Long
Levi Merrithew Horst, PC
610 SW Alder Street, Suite 415
Portland, OR 97205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | |
|---|---|
| H.A.H., D.B.R., R.L.H., P.D., B.A.K., S.M.S., A.Z., A.T.C., Z.C.S., M.J., H.C.R., W.A., B.P., and T.D.P., <br><br> *Plaintiff(s)* <br><br> v. <br><br> Oregon Youth Authority, Marcia Adams, Bill Thomas, William Carey, Richard Hill, Karen Brazeau, Robert Jester, Bobby Mink, Colette Peters, Fariborz Pakseresht, Joseph O'leary, Gary Lawhead, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 3:25-cv-02266 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Mike Riggan
c/o James S. Smith
Nathaniel Aggrey
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
james.s.smith@doh.oregon.gov | Nathaniel.Aggrey@doj.oregon.gov

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jesse Merrithew
Norah Van Dusen
Sara Long
Levi Merrithew Horst, PC
610 SW Alder Street, Suite 415
Portland, OR 97205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

District of Oregon

| | |
|---|---|
| H.A.H., D.B.R., R.L.H., P.D., B.A.K., S.M.S., A.Z., A.T.C., Z.C.S., M.J., H.C.R., W.A., B.P., and T.D.P., <br><br> *Plaintiff(s)* <br> v. <br> Oregon Youth Authority, Marcia Adams, Bill Thomas, William Carey, Richard Hill, Karen Brazeau, Robert Jester, Bobby Mink, Colette Peters, Fariborz Pakseresht, Joseph O'leary, Gary Lawhead, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 3:25-cv-02266 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Sid Thompson
c/o James S. Smith
Nathaniel Aggrey
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
james.s.smith@doh.oregon.gov | Nathaniel.Aggrey@doj.oregon.gov

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jesse Merrithew
Norah Van Dusen
Sara Long
Levi Merrithew Horst, PC
610 SW Alder Street, Suite 415
Portland, OR 97205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | |
|---|---|
| H.A.H., D.B.R., R.L.H., P.D., B.A.K., S.M.S., A.Z., A.T.C., Z.C.S., M.J., H.C.R., W.A., B.P., and T.D.P., <br><br> *Plaintiff(s)* <br><br> v. <br><br> Oregon Youth Authority, Marcia Adams, Bill Thomas, William Carey, Richard Hill, Karen Brazeau, Robert Jester, Bobby Mink, Colette Peters, Fariborz Pakseresht, Joseph O'leary, Gary Lawhead, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:25-cv-02266 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Dan Berger
c/o James S. Smith
Nathaniel Aggrey
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
james.s.smith@doh.oregon.gov | Nathaniel.Aggrey@doj.oregon.gov

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jesse Merrithew
Norah Van Dusen
Sara Long
Levi Merrithew Horst, PC
610 SW Alder Street, Suite 415
Portland, OR 97205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*